IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RUSSELL ACRE, ET AL                                            PLAINTIFFS

Vs.                        NO. 4:06CV01330 GTE

TARGET STORES, INC.                                            DEFENDANTS

### ORDER

Comes on this day through their respective counsel, the plaintiffs and defendants, and show that the causes pending herein have been amicably settled and this case should be dismissed.

THEREFORE, the Court doth order that the cause of plaintiffs is hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATE: May 23, 2008

APPROVED AND AGREED TO:

Edward T. Oglesby
Oglesby Law Firm
100 Morgan Keegan Drive, Suite 100
Post Office Box 7488
Little Rock, AR 72217-7488
501-664-1000

By: _____
       Edward T. Oglesby

Alfred F. Angulo, Jr.
Laser Law Firm, P.A.
100 S. Spring Street, Suite 300
Little Rock, AR 72201-2488
501-376-2981

By: _____
　　　Alfred F. Angulo, Jr.


Scott Strauss
S. Brent Wakefield
Barber, McCaskill, Jones & Hale, P.A.
2700 Regions Center
400 W. Capitol Ave.
Little Rock, AR 72201]
501-372-6175

By: _____
　　　S. Brent Wakefield　　AR BIN 99144